
2024060716 0645

AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET** |
| EFFECTED (1) BY ME: | **GIANFRANCO MAUCIONE** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **6/7/2024 4:28:25 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

SUK "JOHN" MIN

Place where served:

275 BROAD STREET   PALISADES PARK  NJ  07650

[ X ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

BOROUGH CLERK - SOPHIA JANG

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F    AGE: 51-65    HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: ASIAN    HAIR: BROWN    OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

7th day of June, 2024

Notary Signature_____

Rosemary Ramos          September 25th, 2028
Name of Notary          My Commission Expires

*[Notary Seal: ROSEMARY RAMOS, NOTARY PUBLIC, STATE OF NEW JERSEY, My Commission Expires September 25 2028]*

I, GIANFRANCO MAUCIONE,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   06/07/2024
Signature of Process Server        Date

| | |
|---|---|
| ATTORNEY: | RICHARD MALAGIERE, ESQ. |
| PLAINTIFF: | AUSTIN J. ASHLEY |
| DEFENDANT: | BOROUGH OF PALISADES PARK, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 2 24 CV 06285 CCC JRA |
| COMMENT: | LEGAL DOCUMENTS HERE AT LOCATION MUST GO THROUGH BOROUGH CLERK. |