
20240607155959

AO 440 (Rev. 06/12) Summons in a Civil Action

# RETURN OF SERVICE

SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET**
EFFECTED (1) BY ME: **GIANFRANCO MAUCIONE**
TITLE: **PROCESS SERVER**

DATE: **6/8/2024 9:55:16 AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

JAE PARK

Place where served:

519 B HILLSIDE AVENUE   PALISADES PARK  NJ  07650

[X]  Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

YOUNG PARK

Relationship to defendant   **WIFE**

Description of Person Accepting Service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: ASIAN   HAIR: BLACK   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____          SERVICES $_____.____          TOTAL $_____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

8th day of June, 2024

Notary Signature

Rosemary Ramos          September 25th, 2028
Name of Notary          My Commission Expires

I, GIANFRANCO MAUCIONE,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server          06/08/2024
                                     Date

**Attempts**
6/7/2024 4:37:58 PM

ATTORNEY: RICHARD MALAGIERE, ESQ.
PLAINTIFF: AUSTIN J. ASHLEY
DEFENDANT: BOROUGH OF PALISADES PARK, ET AL
VENUE: DISTRICT
DOCKET: 2 24 CV 06285 CCC JRA
COMMENT: