THE LAW OFFICES OF RICHARD MALAGIERE
A Professional Corporation
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
(201) 440-0675
Richard Malagiere
Leonard E. Seaman
Giancarlo Ghione
Attorneys for Plaintiff, Austin J. Ashley

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUSTIN J. ASHLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY; CHONG PAUL KIM (individually and in his official capacity as Mayor of the Borough of Palisades Park, New Jersey); and SUK "JOHN" MIN (Individually and in his official capacity as a member of the Borough Council of Palisades Park, New Jersey), STEPHANIE S. JANG (individually and in her official capacity as a member of the Borough Council of Palisades Park, New Jersey, JAE PARK (individually and in her official capacity as a member of the Borough Council of Palisades Park, New Jersey),.<br><br>    Defendants. | Civil Action No. 2:24-cv-06285<br><br>*Document electronically filed*<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance

as counsel for Plaintiff David J. Lorenzo in the above captioned action. Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any future Notice of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

<div style="margin-left: 2em;">

/s/ Richard Malagiere
Richard Malagiere
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
Email: RM@malagierelaw.com
Phone: 201-440-0675
Direct Dial: 201-509-4181
Fax: 201-440-1843

</div>

DATED: June 25, 2024