**SEMERARO & FAHRNEY, LLC**
R. Scott Fahrney, Esq. │ SBN # 017182008
155 Route 46, Suite 108
Wayne, New Jersey 07470
TEL. (973) 988-5070
Email sfahrney@semerarolaw.com
Attorneys for

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUSTIN J. ASHLEY,<br><br>                Plaintiff,<br><br>v.<br><br>THE BOROUGH OF PALISADES PARK, NEW JERSEY; CHONG PAUL KIM (individually and in his official capacity as Mayor of the Borough of Palisades Park, New Jersey); SUK "JOHN" MIN (individually and in his official capacity as a member of the Borough Council of Palisades Park, New Jersey); STEPHANIE S. JANG (individually and in her official capacity as a member of the Borough Council of Palisades Park, New Jersey); and JAE PARK (individually and in his official capacity as a member of the Borough Council of Palisades Park, New Jersey)<br>                Defendants. | Civil Action No.: 2:24-CV-6285-CCC-JRA<br><br>APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil rule 6.1(b)] |

Application is hereby made for a Clerk's Order extending time within which defendant(s), THE BOROUGH OF PALISADES PARK, NEW JERSEY; CHONG PAUL KIM (individually and in his official capacity as Mayor of the Borough of Palisades Park, New Jersey); SUK "JOHN" MIN (individually and in his official capacity as a member of the Borough Council of Palisades Park, New Jersey) may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

    1.    No previous extension has been obtained;

    2.    Service of Process was effected on or about June 7, 2024 ; and

    3.    Time to Answer, Move or otherwise Reply expires on June 28, 2024.

_____
R. Scott Fahrney, Esq.
Semeraro & Fahrney, LLC
155 Route 46, Suite 108
Wayne, New Jersey 07470
973-988-5070
sfahrney@semerarolaw.com
Attorney for Defendants, The Borough Of Palisades Park, New Jersey, Chong Paul Kim and Suk "John" Min

## **ORDER**

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to July 12, 2024

ORDER DATED: _____    WILLIAM T. WALSH, Clerk


By:_____
                Deputy Clerk