ROSHAN D. SHAH, ESQ
**SHAH LAW GROUP, LLC**
**ATTORNEYS AT LAW**
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
Phone: (732) 398-6545
Facsimile: (732) 576-0027
*Attorneys for Defendants Stephanie S. Jang and Jae Park*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| AUSTIN J. ASHLEY,<br><br>      Plaintiff,<br>v.<br><br>BOROUGH OF PALISADES PARK,<br>et al.,<br><br>      Defendants. | Hon. José R. Almonte, U.S.M.J.<br><br>Civil Action No.: 24-06285 (CCC-JRA)<br><br>Civil Action<br><br>**SUBSTITUTION OF COUNSEL** |

  The undersigned hereby consents to the substitution of Shah Law Group, LLC, as counsel for Defendants Stephanie S. Jang and Jae Park replacing. The firm Anderson & Shah, LLC is undergoing dissolution.

ANDERSON & SHAH, LLC        SHAH LAW GROUP, LLC

By: /s/Roshan Shah           By: /s/Roshan D. Shah
  Roshan Shah, Esq.             Roshan D. Shah, Esq.
  Withdrawing Attorney           Superseding Attorney

Dated: October 25, 2024            Dated: October 25, 2024