VALENTINA RECCHIA, ESQ.
**SHAH LAW GROUP, LLC**
ATTORNEY AT LAW
1040 Broad Street, Suite 304
Shrewsbury, NJ 07702
Telephone: (732) 398-6545
Facsimile: (732) 576-0027
*Attorney for Defendants Stephanie Jang and Jae Park*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| AUSTIN ASHLEY, | Hon. Jose R. Almonte, U.S.D.J. |
| Plaintiff, | Civil Action No. 2:24-CV-06285-CCC-JRA |
| v. | CIVIL ACTION |
| THE BOROUGH OF PALISADES PARK, et al., | **NOTICE OF APPEARANCE** |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned, VALENTINA RECCHIA, ESQ. of Shah Law Group, LLC, enters her appearance as counsel on behalf of Defendants Stephanie Jang and Jae Park.

                                                **SHAH LAW GROUP, LLC**
                                                *Attorneys for Defendants*
                                                *Stephanie Jang and Jae Park*

Dated: March 26, 2025                    By: */s/Valentina Recchia*
                                                       VALENTINA RECCHIA, ESQ.