DENNIS C. SCHMIEDER, ESQ. (03662002)
**SHAH LAW GROUP, LLC**
*ATTORNEY AT LAW*
1800 Chapel Ave, Suite 250
Cherry Hill, NJ 08002
Telephone: (856) 393-2346
Facsimile: (732) 576-0027
*Attorney for Defendants Stephanie Jang and Jae Park*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| AUSTIN ASHLEY, <br><br> Plaintiff, <br><br> v. <br><br> THE BOROUGH OF PALISADES PARK, et al., <br><br> Defendants. | Hon. Jose R. Almonte, U.S.D.J. <br><br> Civil Action No. 2:24-cv-06285-CCC-JRA <br><br> <u>CIVIL ACTION</u> <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, DENNIS C. SCHMIEDER, ESQ. of Shah Law Group, LLC enters his appearance as counsel on behalf of Defendants Stephanie Jang and Jae Park.

                                                         **SHAH LAW GROUP, LLC**
                                                         *Attorneys for Defendants Stephanie Jang and Jae Park*

Dated: December 22, 2025               By: */s/ Dennis C. Schmieder*
                                                               DENNIS C. SCHMIEDER, ESQ.

2

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this date, the foregoing Notice of Appearance was filed with the clerk of the United States District Court, Newark Vicinage, and all served upon all counsel of record, *via* Pacer.

    I hereby certify that the above statements made by me are true and correct to the best of my knowledge, information, and belief. I understand that if any of the foregoing statements are false, I may be subject to punishment.

Dated: December 22, 2025

                                         */s/ Dennis C. Schmieder*
                                         Dennis C. Schmieder, Esq.