Mark J. Semeraro †
R. Scott Fahrney
Gregory K. Asadurian

Sean M. Kiley †
Stephen G. Piccininni
Megan H. McMurtrie
Samantha L. Giblin †
Evelyn Baert

Richard A. Herman, *Of Counsel*
Scott L. Carlson, *Of Counsel*
†Licensed in NY

SEMERARO & FAHRNEY LLC
ATTORNEYS AT LAW

155 Route 46, Suite 108
Wayne, New Jersey 07470

Telephone: 973-988-5070
Facsimile: 973-988-5533

90 E. Halsey Road, Suite 333
Parsippany, New Jersey 07054
Telephone: 973-988-5070

225 West 35th Street, 5th Floor
New York, New York 10001

Reply to:
R. Scott Fahrney, Esq.
sfahrney@semerarolaw.com
Direct Dial: 973-988-5886

October 21, 2026

**VIA ECF**
Hon. José R. Almonte, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
Court Room PO 9
50 Walnut Street
Newark, New Jersey 07101

**RE: Lorenzo v. Borough of Palisades Park, *et al.***
**Docket No.: 2:23-cv-21849-CC-JRA**

**Ashley v. Borough of Palisades Park, *et al.***
**Docket No.: 24-cv-6285-CCC-JRA**

Dear Judge Almonte:

As you are aware, this office represents Defendants, the Borough of Palisades Park, Mayor Chong Paul Kim, and Councilman Suk “John” Min, (the “Borough Defendants”), with regard to the above matter, which has been consolidated for discovery purposes only. Plaintiffs David J. Lorenzo and Austin Ashley are represented by Richard Malagiere, Esq. Co-Defendants Stephanie Jang and Jae Park are represented by Roshan Shah, Esq.

The parties jointly submit this status update regarding the above-captioned matter.

The parties have completed all fact discovery. Paper discovery has been completed, and all depositions have been concluded. There are no outstanding discovery issues requiring the Court's attention.

The parties have also agreed to participate in mediation and have secured the earliest available mediation date with Judge Polifroni, which is scheduled for February 4, 2027.

In light of the scheduled mediation and the parties' ongoing efforts to resolve this matter, the parties respectfully request that the Court modify the current case management schedule as appropriate:

**Requested Scheduling Relief.** The parties respectfully request that the Court address a limited extension of expert report and expert discovery deadlines. The parties have conferred and propose the following dates:

1. Affirmative expert reports extended to November 14, 2026;
2. Responding expert extended to December 30, 2026; and
3. Expert discovery extended to January 14, 2026.

I thank Your Honor for your time and attention to this matter. Should Your Honor have any questions please do not hesitate to have a member of staff contact my office.

Respectfully Submitted,

R. Scott Fahrney, Esq.,